**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00082-RPM-BNB

BYRON YOUNG,

    Plaintiff,

v.

PEOPLE FIRST RECOVERIES, LLC, a Minnesota limited liability company,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

Upon review of the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: February 15th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        U.S. DISTRICT JUDGE